Order issued: December /2 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01672-CV

AMERICAN NATIONAL DEVELOPMENT, LP, ET AL., Appellants

V.

COLONY ASSET DEVELOPMENT, LLC, Appellee

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-00877

## ORDER

By order dated November 7, 2012, the Court granted the motion to withdraw filed by appellants' counsel. The Court also ordered appellants to notify the Court, within thirty days, of the name, State Bar number, address, and telephone number of new counsel. We cautioned appellants, American National Development, L.P. and Dibold American Development, LLC, that they may only appear in this Court through counsel and that if we did not receive the information regarding new counsel within the time specified, the Court would dismiss the appeal as to them. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). We informed appellant Bill Baldwin that if we did not receive the requested information regarding new counsel within the time specified, we would assume he is proceeding pro se.

As of today's date, the Court has not received information regarding new counsel from any of the appellants. Because appellants, American National Development, L.P. and Dibold American

Development, LLC are not represented by counsel, we **DISMISS** the appeal as to them. *See Kunstoplast.*, 937 S.W.2d at 456. We presume appellant Bill Baldwin is proceeding pro se.

By letter dated September 6, 2012, Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, informed the Court that no payment arrangements had been made for preparation of the reporter's record. Accordingly, we **ORDER** the appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant Bill Baldwin shall file his brief within **thirty days** of the date of this order.

DOUGLAS S. LANG
JUSTICE